Michael D. O'Brien, OSB #95105
Oliveros & O'Brien, P.C.
9200 SE Sunnybrook Blvd, Suite 150
Clackamas, OR 97015
(503) 786-3800 / (503) 786-3885
mike@orbankruptcy.com

    Attorney for Christopher L. Schnacky, Plaintiff.

1
2
3
4
5
6
7

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

8
9

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.   10-00824-JDP |
| Theresa Ann MECHAM | ) | |
| aka Theresa Ann SCHNACKY, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| CHRISTOPHER L. SCHNACKY, | ) | Adv. Proc. No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR DECLARATORY |
| | ) | RELIEF OBJECTING TO DISCHARGE |
| vs. | ) | (11 U.S.C. § 523(a)(15)) AND FOR A |
| | ) | MONEY JUDGMENT |
| THERESA ANN MECHAM | ) | |
| AKA THERESA ANN SCHNACKY, | ) | |
| | ) | |
| Defendant. | ) | |

10
11
12
13
14
15
16
17
18
19
20
21

    By and through his attorney, Michael D. O'Brien, Plaintiff alleges for his Complaint as

follows:

///

///

22
23
24
25
26

Oliveros & O'Brien, PC
9200 SE Sunnybrook Blvd. Ste. 150
Clackamas, Oregon 97015
(503) 786-3800 / (503) 786-3885 Fax
mike@orbankruptcy.com

1.

JURISDICTION:  This court has jurisdiction of this matter pursuant to 28 USC § 154 and 1334, and has power under 11 USC § 105(a).  This is a core proceeding arising under Title 11 of the United States Code as that term is used in 28 USC § 157(b).

2.

Plaintiff is an individual resident of the State of Oregon. Defendant is an individual resident of the State of Oregon. On March 31, 2010 Defendant filed a petition for relief under Chapter 7 of Title 11 of the United States Code.

3.

Plaintiff and Defendant were formerly married and on July 25, 2008 were granted a General Judgment of Dissolution by the Multnomah County Circuit Court in the state of Oregon under case number 0804-63539. Said General Judgment of Dissolution is attached herewith as EXHIBIT 1 and hereinafter referred to as the "Divorce Decree".

4.

On Schedule D of Defendants' Chapter 7 bankruptcy filing, there are listed, among others, the following secured claims:

a)      Creditor Homestreet Bank, 1st mortgage holder to residence located at 11225 NE Siskiyou Street, Portland, OR 97220, secured claim of $173,398.00; and

b)      Creditor OnPoint C.C.U. (community credit union), 2nd mortgage holder to residence located at 11225 NE Siskiyou Street, Portland, OR 97220, secured claim of $18,400.00.

///

Page 2 – COMPLAINT FOR DECLARATORY RELIEF OBJECTING TO DISCHARGE
AND MONEY JUDGMENT

Oliveros & O'Brien, PC
9200 SE Sunnybrook Blvd. Ste. 150
Clackamas, Oregon 97015
(503) 786-3800 / (503) 786-3885 Fax
mike@orbankruptcy.com

5.

The Divorce Decree states that Defendant (Petitioner in the divorce) was awarded the

residence located at 11225 NE Siskiyou Street, Portland, OR 97220,  and Defendant took the

residence subject to any indebtedness thereon (including mortgage, taxes and insurance) from

which Defendant was to save, indemnify and hold Plaintiff (Respondent in the divorce)

harmless.

6.

On Schedule D of Defendants' Chapter 7 bankruptcy filing there is listed, among others, the

following secured claim:

a)      Creditor OnPoint C.C.U. (community credit union), with a purchase money security

        interest in a 2006 Toyota Rav 4 Sport, with a secured claim of $14,022.88.

7.

The Divorce Decree states that Defendant (Petitioner in the divorce) was to assume the

indebtedness of the parties for the above referenced Toyota Rav 4 Sport.

8.

On Schedule F of Defendants' Chapter 7 bankruptcy filing there are listed, among others,

approximately 9 various student loans debts totaling approximately $107,182.00 in unsecured

student loan debt.

9.

The Divorce Decree states that Defendant (Petitioner in the divorce) was to assume the

indebtedness of the parties for all of Defendants' student loans incurred prior to, during, and

after the marriage.

///

Page 3 – COMPLAINT FOR DECLARATORY RELIEF OBJECTING TO DISCHARGE
         AND MONEY JUDGMENT

Oliveros & O'Brien, PC
9200 SE Sunnybrook Blvd. Ste. 150
Clackamas, Oregon 97015
(503) 786-3800 / (503) 786-3885 Fax
mike@orbankruptcy.com

**First Claim for Relief**

**Judgment of Nondischargeability for Violation of 11 USC § 523(a)(15)**

10.

Plaintiff realleges paragraphs 1-9 as if fully contained herein.

11.

Pursuant to 11 USC § 523(a)(15) the obligations that Defendant assumed in the Divorce

Decree and owes to Plaintiff shall be excepted from the Discharge obtained pursuant to 11 USC

§ 727.

12.

Should Plaintiff be required to pay any of the obligations detailed in paragraphs 4, 6, and

8 hereinabove, then Plaintiff should have a money judgment against Defendant equal to the

amounts actually expended by Plaintiff.


**WHEREFORE**, Plaintiff prays for relief as follows:

(a)     For an Order declaring that certain obligations owed by Defendant to Plaintiff, as

described above, are nondischargeable pursuant to 11 USC § 523(a)(15); AND,

(b)     For a continuing money judgment in favor of Plaintiff against Defendant in an

amount to be determined at trial or subsequent hearing.

DATED this 2nd day of July, 2010.

/s/Michael D. O'Brien
Michael D. O'Brien, OSB# 95105
Of Attorneys for Plaintiff

Page 4 – COMPLAINT FOR DECLARATORY RELIEF OBJECTING TO DISCHARGE
AND MONEY JUDGMENT

Oliveros & O'Brien, PC
9200 SE Sunnybrook Blvd. Ste. 150
Clackamas, Oregon 97015
(503) 786-3800 / (503) 786-3885 Fax
mike@orbankruptcy.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of July, 2010, the foregoing **COMPLAINT FOR**

**DECLARATORY RELIEF OBJECTING TO DISCHARGE (11 USC § 523(a)(15)) AND**

**FOR A MONEY JUDGMENT** will be served electronically on the following person(s) when

the foregoing document is filed with the court:

Sarah B. Bratton        sarah@martellelaw.com        Attorney for Debtor/Plaintiff

Kathleen McCallister   kam13trustee@qwestoffice.net        Trustee

And via first class mail, postage prepaid on:

**Office of the United States Trustee**
**720 Park Boulevard, Suite 220**
**Boise, Idaho  83712**

          _/s/Michael D. O'Brien_____
          OLIVEROS & O'BRIEN, P.C.
          Michael D. O'Brien, OSB #95105
          Of Attorneys for Debtors

Oliveros & O'Brien, PC
9200 SE Sunnybrook Blvd. Ste. 150
Clackamas, Oregon 97015
(503) 786-3800 / (503) 786-3885 Fax
mike@orbankruptcy.com

1

2

3

4

FILED

08 SEP 26 AM 8: 32

CIRCUIT COURT
FOR MULTNOMAH COUNTY

IN THE CIRCUIT COURT OF THE STATE OF OREGON

5

FOR THE COUNTY OF MULTNOMAH

6

Family Law Department

7    In the Matter of                    )    Case No.  0804-63539
                                          )
8    THERESA ANN SCHNACKY,               )
                                          )
9         Petitioner,                     )    MOTION, AFFIDAVIT AND ORDER
                                          )    FOR WITHDRAWAL AS
10        and                             )    ATTORNEY FOR PETITIONER
                                          )
11   CHRISTOPHER LEWIS SCHNACKY,         )
                                          )
12        Respondent.                     )

13        Linda J. Larkin, attorney for Petitioner move this court for an order

14   allowing her to withdraw as attorney of record for the Petitioner, Theresa Ann

15   Schnacky, 100 N. 11th Street, Nyssa, Oregon 97913, telephone: 503-806-7090,

16   in the above-entitled matter.

17        DATED this _____ day of September, 2008.

18

19

20   Linda J. Larkin, OSB #79295
     Of Attorneys for Petitioner
21   e-mail: larkinl@bennetthartman.com

22   / / /

23   / / /                    ENTERED

24   / / /                    OCT 1 0 2008

25   / / /                    IN REGISTER BY RS

26   / / /

1 - MOTION, AFFIDAVIT AND ORDER FOR WITHDRAWAL AS ATTORNEY FOR PETITIONER

BENNETT, HARTMAN, MORRIS & KAPLAN
Attorneys at Law
111 S.W. Fifth Avenue, Suite 1650
Portland, Oregon 97204-3627
Telephone (503) 227-4600
Facsimile (503) 248-6800



EXHIBIT    1
PAGE    1    OF 13

1  STATE OF OREGON    )
                                  ) ss.
2  County of Multnomah   )

3       I, Linda J. Larkin, being first duly sworn, depose and say as follows:

4       1.    I am the attorney for the Petitioner, Peter A. Clausen in the above

5  entitled proceedings.  I make this Affidavit in support of an Order allowing me to

6  withdraw as attorney for the Petitioner in this case.

7       2.    There are no pending proceedings in this case or future hearing

8  dates scheduled and the services for which I was employed have been

9  completed.

10      3.    I have advised my client of my intent to withdraw as attorney of

11  record in this matter.

12      4.    I request that I be allowed to withdraw from this matter.

13  DATED this _____ day of September, 2008.

14

15  _____

16  Linda J. Larkin, OSB #79295
    Attorney for Petitioner
    e-mail:    larkinl@bennetthartman.com

17

18  SUBSCRIBED AND SWORN to before me this 22nd day of September,
    2008, by Linda J. Larkin.

19

20  OFFICIAL SEAL
    AMY J MATHIS
    NOTARY PUBLIC-OREGON
21  COMMISSION NO. 414514
    MY COMMISSION EXPIRES MARCH 10, 2011

    Notary Public for Oregon
    My commission expires: _____3|10|11_____
22

23  ///

24  ///

25  ///

26  ///

2 - MOTION, AFFIDAVIT AND ORDER FOR WITHDRAWAL AS ATTORNEY FOR PETITIONER

BENNETT, HARTMAN, MORRIS & KAPLAN
Attorneys at Law
111 S.W. Fifth Avenue, Suite 1650
Portland, Oregon 97204-3627
Telephone (503) 227-4600
Facsimile (503) 248-6800

EXHIBIT _____1_____
PAGE _2_ OF _13_

1                    <u>POINTS AND AUTHORITIES</u>

2        1.    ORS 9.380 and .390
         2.    URPC 1.16
3

4        =================================================

5

6

7

8

9    **ORDER**

10              [X]      GRANTED

11
                [ ]      DENIED
12
                [ ]      OTHER      _____
13

14        DATED this __25__ day of __September__, 2008.

15

16                                         _____
                                           JUDGE OF THE CIRCUIT COURT
17

18    Submitted by:

19    By:  Linda J. Larkin, OSB #79295
      Of Attorneys for Petitioner
20    e-mail: larkinl@bennetthartman.com

21

22

23

24

25

26

3 - MOTION, AFFIDAVIT AND ORDER FOR WITHDRAWAL AS ATTORNEY FOR PETITIONER

BENNETT, HARTMAN, MORRIS & KAPLAN
Attorneys at Law
111 S.W. Fifth Avenue, Suite 1650
Portland, Oregon 97204-3627
Telephone (503) 227-4600
Facsimile (503) 248-6800



EXHIBIT          1
PAGE   3   OF   12

1 <u>**CERTIFICATE OF SERVICE**</u>

2 I hereby certify that I served the foregoing **MOTION, AFFIDAVIT AND**

3 proposed form of **ORDER FOR WITHDRAWAL AS ATTORNEY FOR**

4 **PETITIONER** on:

5 Theresa Ann Schnacky
100 N. 11th Street
6 Nyssa, OR 97913

7 Petitioner

8 ☒ by **mailing** a copy thereof in a sealed, first-class postage-paid
envelope, addressed to the party listed above, and deposited with
9 the United States Postal Service at Portland, Oregon, on the date set
forth below.

10

11 and on:

12

13 Christopher Schnacky
12910 NE Schuyler Street
Portland, OR 97230
14

15 Respondent

☒ by **mailing regular and certified mail, return receipt requesting
16 no. 7007 2560 0001 0954 5474** a copy thereof in a sealed, first-class
postage-paid envelope, addressed to the party(ies) listed above, and
17 deposited with the United States Postal Service at Portland, Oregon,
on the date set forth below.

18 DATED this _____ day of _____, 2008.

19

20

21

22 Linda J. Larkin, OSB #79295
of Attorneys for Petitioner
e-mail: larkinl@bennetthartman.com
23

24

25

26

CERTIFICATE OF SERVICE

BENNETT, HARTMAN, MORRIS & KAPLAN
Attorneys at Law
111 S.W. Fifth Avenue, Suite 1650
Portland, Oregon 97204-3627
Telephone (503) 227-4600
Facsimile (503) 248-6800

EXHIBIT 1
PAGE 4 OF 13

*RECEIVED*
*CIRCUIT COURT*
*MULTNOMAH COUNTY*

08 JUL 28 PM 1: 18

*FILED*

1

2

3

4        IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                FOR THE COUNTY OF MULTNOMAH

| ENTERED |
| --- |
| AUG - 7 2008 |
| IN REGISTER BY KH |

6                      Family Law Department

7    In the Matter of                        )
                                             )
8    THERESA ANN SCHNACKY,                    )    Case No. 0804-63539
                                             )
9                    Petitioner,              )
                                             )
10        and                                 )    **GENERAL JUDGMENT OF**
                                             )    **DISSOLUTION**
11   CHRISTOPHER LEWIS SCHNACKY,              )
                                             )
12                   Respondent.              )

13        THIS MATTER coming before the Court on the ___25th___ day of ___July___, 2008,

14   on the application of Petitioner Theresa A. Schnacky, represented by Attorney Linda J.

15   Larkin, and Respondent Christopher Schnacky not appearing, a Default Order having been

16   presented herewith to the court; based on the records and files herein and the Court being

17   fully advised in the premises; the Court makes the following

18                          **FINDINGS OF FACT**

19        1.      Petitioner Theresa Ann Schnacky was a resident of the State of Oregon at the

20   time this suit was commenced and continuously for a period of six months prior thereto.

21        2.      The parties were married on June 29, 2002 in Honolulu, Hawaii and finally

22   separated their residences on November 22, 2007.  Irreconcilable differences have arisen

23   between the parties which caused the irremediable breakdown of their marriage.

24        3.      Respondent was served with the Summons and Petition herein on April 7,

25   2008, and the return of service is on file herein.  Respondent is not a person in the military

26   service of the United Sates nor any of its allies, and is not subject to the provisions of the

Page 1 - JUDGMENT OF DISSOLUTION

BENNETT, HARTMAN, MORRIS & KAPLAN, LLP
Attorneys at Law
111 S.W. Fifth Avenu, Suite 1650
Portland, Oregon 97204-3627
Telephone (503) 227-4600
Facsimile (503) 248-6800

EXHIBIT ___1___

PAGE ___5___ OF ___13___

1    Soldiers and Sailors Civil Relief Act.  Please see Military Status Report, attached as Exhibit

2    A.  Respondent is neither a minor nor an incapacitated person.

3        4.        There are no children born of this marriage.  Petitioner was not pregnant at the

4    time of the commencement of these proceedings and is not now pregnant.

5        5.        Those facts required by ORS 107.085 (3) are as follows:

6    **PETITIONER:**

| 7 | Name: | Theresa Ann Schnacky |
|---|---|---|
| 8 | Residence and Mailing Address: | 11225 NE Siskiyou Street<br>Portland, OR 97220 |
| 9 10 | Business Address: | Portland Public Schools<br>7100 SE Division Street<br>Portland, OR 97203 |
| 11 12 | Date of Birth:<br>Age: | **UTCR 2.100**<br>30 |
| 13 | Social Security Number: | **UTCR 2.100** |
| 14 | Maiden Name: | **UTCR 2.100** |
| | Former Names: | None. |
| 15 | Oregon Driver License No.: | **UTCR 2.100** |

16    **RESPONDENT:**

| 17 | Name: | Christopher Lewis Schnacky |
|---|---|---|
| 18 | Residence and Mailing Address: | 12910 NE Schuyler Street<br>Portland, OR 97230 |
| 19 20 | Business Address: | (Self-Employed) Allure Media Design<br>Telephone: 503-595-6070 |
| 21 | Date of Birth:<br>Age: | **UTCR 2.100**<br>30 |
| 22 | Social Security Number: | **UTCR 2.100** |
| 23 | Maiden Name: | **UTCR 2.100** |
| 24 | Former Names: | None. |
| 25 | Oregon Driver License No.: | **UTCR 2.100** |

26    / / /

Page 2 - JUDGMENT OF DISSOLUTION

BENNETT, HARTMAN, MORRIS & KAPLAN, LLP
Attorneys at Law
111 S.W. Fifth Avenu, Suite 1650
Portland, Oregon 97204-3627
Telephone (503) 227-4600
Facsimile (503) 248-6800

EXHIBIT ____1____
PAGE __6__ OF __13__

1      6.     There is no domestic relations suit or support petition involving this marriage

2   pending in any other county in this or any other state.

3      The Court having made the Findings of Fact as set forth above, and being fully

4   advised in the premises,

5      NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED

6   as follows:

7      1.     EFFECTIVE DATE.  The marriage of the parties is dissolved and shall

8   terminate upon signature of the court shown below.

9      2.     SPOUSAL SUPPORT.  Neither party shall be required to pay spousal support

10  to the other.

11     3.     DIVISION OF PROPERTY AND LIABILITIES.

12       A.    Attached hereto as Exhibit B is a list of real and personal property and

13  liabilities and the division thereof.

14       B.    The parties' real property located at 11225 N.E. Siskiyou Street,

15  Portland, Oregon  and more legally described as:

16          Lot 1, Block 1, MARVINS ADDITION, in the City of

17          Portland, County of Multnomah and State of Oregon.

18  shall be awarded to  Petitioner free and clear of any claim of Respondent and subject to any

19  indebtedness thereon (including mortgage, taxes and insurance) from which Petitioner shall

20  save, indemnify and hold Respondent harmless.

21       C.    Each party shall be awarded the following personal property:

22       i)    Petitioner shall be awarded as her sole and separate property the

23          following items of personal property:  the 2006 Toyota Rav4, VIN

24          #JTMBD32V766019108, her 403B account (subject to all taxes

25          thereon), and her PERS account (subject to all taxes thereon).

26  ///

Page 3 - JUDGMENT OF DISSOLUTION

BENNETT, HARTMAN, MORRIS & KAPLAN, LLP
Attorneys at Law
111 S.W. Fifth Avenu, Suite 1650
Portland, Oregon 97204-3627
Telephone (503) 227-4600
Facsimile (503) 248-6800

EXHIBIT    1
PAGE  7  OF  13

1          ii)    Respondent shall be awarded as his sole and separate property the

2                following items of personal property:  the 1997 Saturn Coupe, his

3                Batman Costume, comic book paraphernalia, and comic book

4                collection, and his business including the equipment, software, office

5                furniture and digital camera and lenses.

6          iii)   Petitioner is assuming the indebtedness of the parties as set forth on

7                Exhibit B.

8          iv)   Each party shall be awarded the personal property described above free

9                of any claim or interest of the other, and subject to any encumbrances

10               thereon.

11     4.    <u>DEBTS AND LIABILITIES</u>. Each party shall pay any separate indebtedness

12  which was incurred by him or her or on his or her behalf from April 1, 2008 and thereafter.

13     5.    <u>ATTORNEY FEES AND COSTS</u>.   Neither party shall have any liability for

14  payment of the attorney fees and costs incurred by the other party.

15     6.    <u>NECESSARY DOCUMENTS AND CONVEYANCES</u>.   Each party shall

16  execute any and all documents necessary to effectuate the intent of this Judgment and Decree

17  of Dissolution, including documents of conveyance, within thirty (30) days from the date of

18  entry hereof.  In the event either party should fail to do so, this Judgment shall operate to

19  convey title to the party to whom such property is awarded.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

Page 4 - JUDGMENT OF DISSOLUTION

BENNETT, HARTMAN, MORRIS & KAPLAN, LLP
Attorneys at Law
111 S.W. Fifth Avenu, Suite 1650
Portland, Oregon 97204-3627
Telephone (503) 227-4600
Facsimile (503) 248-6800

EXHIBIT        1
PAGE   8   OF   13

1       7.     <u>MAIDEN NAME.</u>    Petitioner shall have restored to her use of her maiden

2   name of Theresa Ann Mecham.

3       8.     <u>MONEY AWARD</u>   None.

4       DATED THIS _____25th_____ day of _____July_____, 2008.

5

6                         _____

                           CIRCUIT COURT JUDGE

7                          MAUREEN McKNIGHT

8   SUBMITTED BY:

9   Linda J. Larkin, OSB #79295
    Of Counsel, Bennett, Hartman, Morris & Kaplan, LLP
10  Attorney for Petitioner
    E-Mail: larkinl@bennetthartman.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 5 - JUDGMENT OF DISSOLUTION

BENNETT, HARTMAN, MORRIS & KAPLAN, LLP
Attorneys at Law
111 S.W. Fifth Avenu, Suite 1650
Portland, Oregon 97204-3627
Telephone (503) 227-4600
Facsimile (503) 248-6800

EXHIBIT 1
PAGE 9 OF 13

Department of Defense Manpower Data Center

JUL-07-2008 15:40:49



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| SCHNACKY | Christopher Lewis | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID: VOAOSLMLGC*

EXHIBIT ____1____    EXHIBIT ___A___
PAGE _10_ OF _13_    PAGE _1_ OF _1_

| | A | Current Marital Property CLAIMED VALUE | PROPOSED DIVISION OF MARITAL PROPERTY | | NOTES - ARGUMENT |
|---|---|---|---|---|---|
| 3 | | | | | |
| 4 | Property Described | | To Husband | To Wife | |
| 6 | ASSETS | | | | |
| 7 | 1.  Real Property | | | | |
| 8 | Residence (address) | $185,000.00 | $0.00 | $185,000.00 | |
| 9 |  -encumbrance | ($178,800.00) | $0.00 | ($178,800.00) | |
| 10 |  -LOC - Home Equity | ($18,243.00) | | ($18,243.00) | for home improvements |
| 11 | | | | $0.00 | |
| 12 | 2.  Vehicles | | | | |
| 13 | W's 2006 Toyota Rav4 | $0.00 | $0.00 | $0.00 | more owed than Blue Book value |
| 14 | H's 1997 Saturn Coupe | $2,000.00 | $2,000.00 | $0.00 | |
| 15 | | | $0.00 | $0.00 | |
| 16 | 3. Household Furnishings and Appliances | | | $0.00 | |
| 17 | | | | | Wife has most but Husband can request more |
| 18 | | | | $0.00 | |
| 19 | 4.  Other Personal Property | | | $0.00 | |
| 20 | Paintball guns | $0.00 | $0.00 | $0.00 | |
| 21 | Batman Costume | $2,000.00 | $2,000.00 | $0.00 | |
| 22 | Comic Book Collection & paraphanelia | $1,000.00 | $1,000.00 | $0.00 | |
| 23 | | $1,000.00 | $1,000.00 | $0.00 | |
| 24 | | | | | |
| 25 | 5.  Bank Accounts | | | | |
| 26 | Credit Union Accounts | $0.00 | | $0.00 | |
| 27 | | | | | |
| 28 | 6.  Cash on Hand | | | | |
| 29 | | | | $0.00 | |
| 30 | 7.  Pensions and Investments (401Ks, IRAs, Retrement/ Pension Accounts, stocks, Bonds, Mutual Funds, etc. | | | | |
| 31 | W's 403B | $ 10,415.33 | | $10,415.33 | |
| 32 |  - less taxes (20%) | $ (2,000.00) | | ($2,000.00) | |
| 33 | PERS account | | | $6,000.00 | PERS account balance is $6,000.00; not actuarial value; award to Wife |
| 34 | 8.  Business Interests | | | | |
| 35 | Equipment and software | $1,000.00 | $1,000.00 | $0.00 | |
| 36 | Office furniture | $300.00 | $300.00 | $0.00 | |
| 37 | Digital Camera & lenses | $1,000.00 | $1,000.00 | $0.00 | |
| 38 | | | | $0.00 | |
| 39 | | | | $0.00 | |
| 40 | 9.  Insurance Policies with Cash Surrender or Loan Value | | | | |
| 41 | | | | $0.00 | |
| 42 | 10.  Other Accounts or Assets | | | | |
| 43 | | $0.00 | | $0.00 | |
| 44 | TOTAL ASSETS | $4,672.33 | $8,300.00 | $2,372.33 | |

EXHIBIT ___I___
PAGE __11__ OF __13__

EXHIBIT
PAGE ___

3/10/2008

| | A | | C | D | E |
|---|---|---|---|---|---|
| 4 | Property Described | VALUE | To Husband | To Wife | |
| 49 | | | | | |
| 50 | DEBTS | | | | |
| 51 | Student loans | ($52,500.00) | $0.00 | ($52,500.00) | Both parties student loans consolidated and automatic deduction from W's bank account |
| 52 | W's Graduate school loan | $0.00 | | $0.00 | $ (36,241.05) |
| 53 | W's Graduate Nelnet school loan | $0.00 | | $0.00 | $ (19,200.00) |
| 54 | | $0.00 | | $0.00 | Wife's separate school debts |
| 55 | | $0.00 | | $0.00 | |
| 56 | | $0.00 | $0.00 | $0.00 | |
| 57 | TOTAL DEBTS | ($52,500.00) | $0.00 | ($52,500.00) | $ (55,441.05) |
| 58 | | | | | |
| 59 | | | | | |
| 60 | | | | | |
| 61 | Equalizing Judgment | | $0.00 | $0.00 | |
| 62 | | | | | |
| 63 | Totals | ($47,827.67) | $8,300.00 | ($50,127.67) | |
| 64 | | | | | |
| 65 | *Pre Marital Assets* | | | | |
| 66 | *none of significance* | *$0.00* | | | |
| 67 | | | | | |
| 68 | | | | | |
| 69 | | | | | |

EXHIBIT _____1_____
PAGE ___12___ OF ___13___

EXHIBIT _____B_____
PAGE ___2___ OF ___2___

Page 2                                              3/10/2008

1

# CERTIFICATE OF SERVICE

2   I hereby certify that I served the foregoing proposed form of **GENERAL
JUDGMENT OF DISSOLUTION** on:

3

4   Christopher L. Schnacky
12910 NE Schuyler Street
Portland, OR 97230

5

Respondent

6

7   by the following indicated method or methods:

8   ☒   by **mailing** a copy thereof in a sealed, first-class postage-paid envelope,
addressed to the party(ies) listed above, and deposited with the United States
9   Postal Service at Portland, Oregon, on the date set forth below.

10   ◯   by **hand delivering** a copy thereof to the party(ies) listed above, on the date
set forth below.

11

12   ◯   by **sending via overnight courier** a copy thereof in a sealed, postage-paid
envelope, addressed to the party(ies) listed above, on the date set forth below.

13   ◯   by **faxing** a copy thereof to the party(ies) at the fax number(s) shown above,
on the date set forth below.

14   DATED this 11th day of July, 2008.

15

16

17

18   Linda J. Larkin, OSB #79295
Of Counsel, Bennett, Hartman, Morris &
Kaplan, LLP
19   Attorney for Petitioner
E-Mail: larkinl@bennetthartman.com

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE

BENNETT, HARTMAN, MORRIS & KAPLAN, LLP
Attorneys at Law
111 S.W. Fifth Avenu, Suite 1650
Portland, Oregon 97204-3627
Telephone (503) 227-4600
Facsimile (503) 248-6800

EXHIBIT ___1___
PAGE _13_ OF _13_